# Third District Court of Appeal

## State of Florida

Opinion filed September 4, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-742
Lower Tribunal No. 21-23102
_____

**Carlos M. Gonzalez,**
Appellant,

vs.

**Universal Property & Casualty Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Property Litigation Group PLLC and Melissa Duran (Miramar), for appellant.

Link & Rockenbach, PA., and Kara Rockenbach Link and David A. Noel (West Palm Beach), for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. See Estate of Herrera v. Berlo Indus., Inc., 840 So. 2d 272, 273 (Fla. 3d DCA 2003) ("[I]ssues not presented in the trial court cannot be raised for the first time on appeal."); Aris v. Applebaum, 184 So. 3d 633 (Fla. 3d DCA 2016) (holding party who believes error has not been cured by court's actions must contemporaneously move for mistrial in order to preserve issue for later consideration of motion for new trial); Rohrback v. Dauer, 528 So. 2d 1362 (Fla. 3d DCA 1988) (finding no abuse of discretion when trial court is unconvinced that counsel's remarks were so egregious as to interfere with essential justice of result).